A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 01-14236

Dwayne Bhacknion )

_____ )

_____ )

_____ )

(Enter above the full name of the
plaintiff or plaintiffs in this   )
action.)

v.                            )

Dr. Joseph Hill )

R.N. Roxanne Allen )

L.P.N. Delores Mayer )

Sgt. Bill Luisi, Classification )

_____ )

(Enter above the full name of the
defendant or defendants in this
action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983

     This packet includes four copies of a complaint form and two copies
of a forma pauperis petition.  To start an action you must file an
original and one copy of your complaint for each defendant you name and
one copy for the court.  For example, if you name two defendants, you
must file the original and three copies of the complaint.  You should
also keep an additional copy of the complaint for your own records.  All
copies of the complaint must be identical to the original.

     The clerk will not file your complaint unless it conforms to these
instructions and to these forms.

cat / div _____
Case # ___01-14236___
Judge __NCR__ Mag __CHS__
Morn Ifp _____ Fee pd $ __
Receipt # _____

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( )    No (✓)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit

Plaintiffs:  _Dwayne C. Blackmon_

Defendants (if additional space is needed, use last page attached): _Dr. Joseph Hill_

2.  Court (if federal court, name the district; if state court, name the county): _United States District Court for the Southern District of Florida, 301 N. Miami Ave. Miami, Fla 33128-7188_

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example; Was the case dismissed? Was it appealed? Is it still pending?): _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II.  Place of present confinement: _Indian River County Jail 4055 41st ave Vero Beach, Fla 32967_

A.  Is there a prisoner grievance procedure in this institution?

    Yes (✓)   No (  )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes (✓)   No (  )

C.  If your answer is YES:

    1.  What steps did you take? _I filed a grievance against the Medical Departments Supervisor RN, Roseanne Allen and Classification Supervisor Sgt. Bill Whish_

    2.  What was the result? _I was told nothing, and other questions I asked for answers to, I was told to subpoena them for the answers to the questions at hand._

D.    If your answer is NO, explain why not: _____

_____

_____

III.  Parties

(In Item A below, place your name in the first blank and place
your present address in the second blank.  Do the same for
additional plaintiffs, if any.)

A.    Name of plaintiff _Dwayne C. Blackmon #86800 A-202_

Address _Indian River County Jail 4055 41st ave Vero Beach, FLA 32967_

In Item B below, place the full name of the defendant in the
first blank, his official position in the second blank, and
his place of employment in the third blank.  Use Item C for
the names, positions, and places of employment of any
additional defendants.

B.    Defendant _Dr. Joseph Hill_

is employed as _Doctor For the Medical Department_

at _Indian River County Jail_

C.    Additional Defendants: _R.N. Roxanne Allen, Head
Supervisor for the Medical Department in this
facility At Indian River County Jail House
L.P.N. Delores Mayer, #468 Nurse for Indian River County Jail
Sgt. Bill Walsh, Classification, Supervisor_

_____

IV.   Statement of Claim

State here as briefly as possible the **facts** of your case.
**Describe how each defendant is involved.**  Include also the
names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.
If you intend to allege a number of related claims, number and
set forth each claim in a separate paragraph.   (Use as much
space as you need.   Attach extra sheet if necessary.)

I became Incarcerated on 5-31-01, At this facility
And upon becoming incarcerated, I Informed booking
C/O Lavender of my Medical Condition And I also informed
him of me being without my medication for 2 days. On
Friday, June 1, 2001, I was having serious chest pain due to
me not having Any Medication given to me by this facilities
Medical Dept or anyone of the nurses here. Being that
my Medical Condition is so Critical only because, I had
Just had an heart attack, I was hospitalized At
Indian River Memorial Hospital's chest pain center
until the morning of 6-2-01 After being released
And coming back to the jail (2) I was once again

V.   Relief

State briefly exactly what you want the court to do so for
you. Make no legal arguments. Cite no cases or statutes.

① Medical expences that occured from going to the
Hospital on All these numerous occassions
② Compensated for mental stress and deficiencies
③ Punitive damages
④ I want him removed from his business of practice
   I want a formal Apology
⑤ 800,000

_____

_____

Signed this ____6____ day of _August_ , 20_01_

_____

_____

_____Dwayne Blackmon_____
(Signature of plaintiff
 or plaintiffs)


I declare under penalty of perjury that the foregoing is true and correct. Executed on _August 6, 2001_

_____Dwayne Blackmon_____
(Signature of plaintiff)

taken to the hospital 6-10-01, and my heart condition is me again having complications with my breathing And on going checkups I informed the nurse that I wasn't feeling well and I told her that I needed to see a Doctor, nothing was done At All! By the nurse before I even had seen the classification, I even previously Asked the Classification Supervisor so that she would bring me to the infirmary saying that I do not feel well ...

(3) On 6-13-01 ... to the hospital again ... were diagnosed ... an Appt ... I never seen a Doctor at all.

(4) After going to the hospital 6-4-01, the hospital had given me A follow up appt on 6-5-01, this was before ... was given an Appt.

(5) On 6 ... shortness of breath and Chest pains due ...

(6) Once Again I requested to see a doctor ... denied

(7) On 6-12-01, ... was prescribed new medication by Dr. Joseph Blue Pertaining to getting my blood pressure ... It to R.N. Romano. Allowing ... Prescribe me medication without seeing me I was told by R.N. Blue that he had read ... In my file and he ... how could he prescribe me medications from my medical chart in my file without giving me A Checkup and physical ... I had the opportunity to Ask him ...

-1-

being that I ... been in the ... of the ... he said
he felt that item reading my records ... on file was enough
to prescribe these meds and increase the others.

(8) Now the last record or medical ... I ... on file ...
from 1991 to 1992 was from 4 years ago when I was last
incarcerated here ... ... why ... ...
cut ... the ... my ... when ... ...
... ... I inquired of him did he think it would
be possible to get me to an cardiologist ... ... ...
who could treat me for my ... ... ... ...

(9) The inmate handbook ... ... ... ...
concerning ... ... states that all the time of booking ...
be screened for medical problems ... ... ... ... hours
(5) days of being booked into the jail, you will receive a history
and physical examination by a nurse

(10) This incident was true and I would of had an opportunity
to reveal to them my ... ... ... ... ... I could of
avoid going to the Emergency room as many times as I did.
And I could of been seen by a proper Doctor who cares for
people with my medical problems instead of just being prescribed
medications in hopes it will contain my medical problem

(11) I was prescribed Adalat 20mg on the month of June 2001, It went
from 20 mg, to 30 mg, to 60mg then to 90mg All within 1 week And this
was done without see Dr. Joseph Hill or any other Doctor, but
Head Nurse R.N, Roxanne Allen stated to me that it was
necessary to have my medications increased like they were

(-2-)

...en I asked her how could this be done She stated
...t Dr. Hill ordered it.

... I made several oral and written complaints in reguards to
... the adding of these new meds and the increasing of the
...osages I were already taking and nothing was told to me
...but to take the medication.

... I made several complaints in reguards to wanting to know
the names of the pills, their side effects, and reactions to look for
if I'm allergic to said medications and I was denied
this information. And further more I was told by R.N. Allen
to subpoena the medical unit's record Dept.

(14) On **6-19-01** I was in so much pain, and I informed L.P.N. Phyles
on the morning of **6-19-01**, that I was hurting and in pain I
told her that I didn't know if the newly prescribed meds I
had been prescribed was causing this pain, due to an allergic
reaction she told me to stop playing, I later fell unconscious
in the medical block hours later.

(15) I was not given a medical screenin until 6-20-01, by R.N. Allen
only after asking her why have I not been given one, and she
stated to me "I don't know"

(16) I have been taken to the hospital (6) times since being here
at this jail.

(17) The last time I went to the hospital was 7-13-01 and it was for the
same symptoms as 6-13-01. And I was given a follow up appt 7-25-...

(18) Once seeing a cardiologist a doctor who treats my medical
condition I was taken off of the meds Dr. Hill, prescribed

(-3-)